MARGARET PETER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE E. RICHARD MEINIG COMPANY, Respondent, v. UNITED STATES FASTENER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See *Bamberger* v. *Cooke*, 181 App. Div. 805.) Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RICHARD WIGHTMAN v. C. G. HYNSON & COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the CITY OF NEW YORK (SEVENTH AVENUE).— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the CITY OF NEW YORK (SEVENTH AVENUE).— Motion to withdraw papers from the files granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALLIED SILK MANUFACTURERS, INC., v. LEOPOLD ERSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARBURG BROTHERS, INC., v. JOSEPH K. LARKIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATHAN DORFMAN and Others v. DAVID STOFF.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALFRED M. HARDES, Respondent, v. FREEMAN-SUMNER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of Proceedings against WILLIAM M. BARRETT, a Recalcitrant Witness, Appellant. KROHN-FECHHEIMER COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JEANNE LOUGHMAN, Appellant, v. THOMAS LOUGHMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GEORGE HERMAN RUTH, Appellant, v. EDUCATIONAL FILMS, INCORPORATED, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.